# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No.3:13-po-124 |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| MATTHEW EVERETTS, | : | |
| Defendant. | : | |

## ORDER CONTINUING PROBATION

Defendant appeared before the Court on July 2, 2015 pursuant to a Summons issued on June 8, 2015 commanding Defendant to show cause why his probation should not be revoked as set forth in the Petition (Doc. #18) filed June 5, 2015.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the Conditions set forth in the terms of his probation.  Accordingly, the Court found that Defendant violated the terms and conditions of probation and ordered the Defendant to serve 30 days on home confinement with work release privileges. No term of supervision will follow.

July 16, 2015

s/Sharon L. Ovington
Sharon L. Ovington
Chief United States Magistrate Judge